ANTHONY T. GARASI, ESQ.
Nevada State Bar No. 11134
TY M. MAYNARICH, ESQ.
Nevada State Bar No. 14584
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE:  (702) 258-6665
FACSIMILE:  (702) 258-6662
agarasi@bremerwhyte.com
tmaynarich@bremerwhyte.com

Attorneys for Defendant,
CARDENAS MARKETS, LLC

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA QUEZADA, an individual, | Case No. |
| Plaintiff, | **DEFENDANT CARDENAS MARKETS, LLC NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA** |
| vs. | |
| CARDENAS MARKETS, LLC, a Domestic Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendant. | |

**TO: THE UNITED STATES DISTRICT COURT FOR DISTRICT OF NEVADA:**

PLEASE TAKE NOTICE that DEFENDANT CARDENAS MARKETS, LLC hereby removes the state action entitled "MARIA QUEZADA, an individual vs. CARDENAS MARKETS LLC, a domestic limited-liability Company; DOES I through X; and ROE CORPORATIONS I through X, inclusive," Case No. A-22-849356-C filed in the Eighth Judicial District Court for the State of Nevada in and for the County of Clark to this Court.

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

1438.204  4874-7016-3485.2

The grounds for removal are based on diversity jurisdiction pursuant to 28 USCS § 1332, as follows:

1. The residences of all three named parties are diverse:

    a) Plaintiff resides in Nevada; and,

    b) Defendant Cardenas Markets, LLC is a Delaware corporation.

2. The amount in controversy exceeds $75,000.00, as Plaintiff has alleged $22,407.84 in past medical expenses with $29,377.00 in alleged future surgical costs. 28 US Code § 1332.

3. The request is timely submitted as Plaintiff filed their Amended Complaint on April 14, 2022. Defendant Cardenas Markets, LLC filed their Answer to the Summons and Complaint on April 22, 2022 and noticed removal within thirty (30) days of service of the initial pleading on April 26, 2022. 28 U.S. Code § 1446.

Dated: April 26, 2022

BREMER WHYTE BROWN & O'MEARA LLP

By: _____
Anthony T. Garasi, Esq., Bar No. 11134
Ty M. Maynarich, Esq., Bar No. 14584
Attorneys for Defendant
*CARDENAS MARKETS, LLC*

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV  89144
(702) 258-6665

2

1438.204  4874-7016-3485.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of April 2022, a true and correct copy of the foregoing document was electronically delivered to CM/ECF for filing and service upon all electronic service list recipients.

*/s/ Camila Alvarez*
Camila Alvarez, an employee of BREMER WHYTE BROWN & O'MEARA, LLP

BREMER WHYTE BROWN & O'MEARA LLP
1160 N. Town Center Drive
Suite 250
Las Vegas, NV 89144
(702) 258-6665

3

1438.204 4874-7016-3485.2