# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| MARIA QUEZADA, | Case No. 2:22-cv-00681-CDS-DJA |
| Plaintiff, | |
| v. | **ORDER** |
| CARDENAS MARKETS, LLC, | |
| Defendant. | |

This matter is before the Court on the parties' Joint Discovery Plan and Scheduling Order (ECF No. 13), filed on July 21, 2022. The Court notes that the parties' plan fails to comply with Local Rule 26-1. The plan fails to include the information required by LR 26-1(b)(7-9). Accordingly,

IT IS THEREFORE ORDERED that the parties' Joint Discovery Plan and Scheduling Order (ECF No. 13) is **denied without prejudice**.

IT IS FURTHER ORDERED that the parties shall meet and confer and file a revised stipulated discovery plan and scheduling order in compliance with Local Rule 26-1 by August 5, 2022.

DATED: July 28, 2022

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE