MADELINE M. ARCELLANA, ESQ.
Nevada State Bar No. 13816
MELISSA INGLEBY, ESQ.
Nevada State Bar No. 12935
BREMER WHYTE BROWN & O'MEARA LLP
1160 N. TOWN CENTER DRIVE
SUITE 250
LAS VEGAS, NV 89144
TELEPHONE: (702) 258-6665
FACSIMILE: (702) 258-6662
marcellana@bremerwhyte.com
mingleby@bremerwhyte.com

Attorneys for Defendant,
CARDENAS MARKETS, LLC

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MARIA QUEZADA, an individual, | Case No. 2:22-cv-00681-CDS-DJA |
| Plaintiff | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |
| vs. | |
| CARDENAS MARKETS, LLC, a Domestic Limited Liability Company; DOES I-X, inclusive; and ROE CORPORATIONS I-X, inclusive, | |
| Defendant | |

COMES NOW, plaintiff MARIA QUEZADA, by and through her attorney of record, BRICE J. CRAFTON of DEAVER CRAFTON and defendant CARDENAS MARKETS, LLC, by and through their attorneys of record, MADELINE M. ARCELLANA, ESQ. and MELISSA INGLEBY, ESQ. of BREMER WHYTE BROWN & O'MEARA, LLP, and hereby stipulates as follows:

## STIPULATION

IT IS HEREBY STIPULATED that all of plaintiff's claims for relief in the complaint in Case No. 2:22-cv-00681-CDS-DJA are dismissed with prejudice. Each party further agrees to bear its own fees and costs.

1438.204  4893-9051-7874.1

| | |
|---|---|
| DATED this 14th day of August 2023 | DATED this 14th day of August 2023 |
| **DEAVER CRAFTON** | **BREMER WHYTE BROWN & O'MEARA LLP** |
| /s/ Brice Crafton | /s/ Melissa Ingleby |
| Brice J. Crafton, Esq. | Madeline M. Arcellana, Esq., Bar No. 13816 |
| Nevada Bar No. 10558 | Melissa Ingleby, Esq., Bar No. 12935 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## ORDER

IT IS HEREBY ORDERED, ADJUDGED AND DECREED all of plaintiff's claims for relief in the complaint ~~in Case 2:21-cv-01815-RFB-BNW~~ are dismissed with prejudice. Each party to bear its own fees and costs.

_____
Cristina D. Silva
United States District Judge
DATED: August 15, 2023

Respectfully submitted by:
**BREMER WHYTE BROWN & O'MEARA LLP**

/s/Melissa Ingleby
Madeline M. Arcellana, Esq., Bar No. 13816
Melissa Ingleby, Esq., Bar No. 12935
*Attorneys for Defendant*
CARDENAS MARKETS, LLC

2

1438.204  4893-9051-7874.1